Dismissed and Memorandum Opinion filed August 28, 2003









Dismissed and Memorandum Opinion filed August 28,
2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00868-CV

____________

 

STEVE WILLIAMS, Appellant

 

V.

 

ESTATE OF HOMAZELLE DIAMOND,
Deceased, Appellee

 



 

On Appeal from the Probate Court No. 1

Harris County, Texas

Trial Court Cause No. 308,018-401

 



 

M
E M O R A N D U M   O P I N I O N

This is an attempted appeal from the denial of a motion to recuse signed June 17, 2003.  On August 15, 2003, appellant filed a motion
to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed August 28, 2003.

Panel consists of Chief Justice
Brister and Justices Anderson and Seymore.